**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KANDI WILSON, on her own behalf and on behalf of others similarly situated,**

        **Plaintiff,**

-vs-                                      Case No. 6:12-cv-188-Orl-19DAB

**NURSE ON CALL, INC.,**

        **Defendant.**
_____

## ORDER

The parties have filed a Notice of Settlement and the matter has been referred to the undersigned. To the extent the parties seek a fairness review of the settlement pursuant to *Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350 (11th Cir. 1982), they shall file settlement documents sufficient to perform the review, including evidence with respect to the reasonableness of any attorney's fee, within fourteen days of the date of this Order. **In order to expedite the review process, the parties are invited to consent to the jurisdiction of the United States Magistrate Judge and, if desired, shall indicate such consent in their filing.** Absent consent, the Magistrate Judge shall prepare a report and recommendation to the District Judge, and additional proceedings will be required.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 27, 2012.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record